IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA EGGAR, WARREN EGGAR, and LUKE PENTACOFF,<br><br>    Plaintiffs,<br><br>    v.<br><br>AKAL SECURITY, INC., UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL NO. 53, NO. LOCAL 57, WALT HORNE, ROBERT COLEMAN, DAVE GARNETT, and DOES 1 through 20, inclusive,<br><br>    Defendants._____/ | CIV. NO. S-07-01679-WBS-KJM<br><br><br><br>RELATED CASE ORDER |
| BARBARA EGGAR, WARREN EGGAR, and LUKE PENTACOFF,<br><br>    Plaintiffs,<br><br>    v.<br><br>AKAL SECURITY, INC., et al.,<br><br>    Defendants._____/ | CIV. NO. S-06-01133-RRB |

     Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123

(E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

IT IS THEREFORE ORDERED that the action denominated CIV. NO. S-07-01679-WBS-KJM be reassigned to Judge Ralph R. Beistline for all further proceedings, and any dates currently set in this reassigned case are hereby VACATED.  The parties are referred to the attached Order Requiring Joint Status Report.  Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV. NO. S-07-01679-RRB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED:  October 3, 2007

/s/ Ralph R. Beistline
RALPH R. BEISTLINE
United States District Judge