IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA EGGAR, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>AKAL SECURITY, INC., et al.,<br><br>            Defendants. | Case No. 2:07-cv-1679-RRB<br><br>**ORDER GRANTING MOTION TO DISMISS CERTAIN COUNTS** |

      Before the Court, at Docket 8, are Defendants Government Security Officers of America, International Union Local 53 and Local 57, with a Special Motion to Strike and Motion to Dismiss the First, Second, Third, Fourth, and Fifth Counts of Plaintiffs' Third Amended Complaint pursuant to FRCP 12 (b)(6).  The motion is opposed at Docket 11 and Defendants reply at Docket 14.

      Although the procedural components of this matter have been complicated and considerable delay has occurred, the Court has now been able to review all of the relevant pleadings and concludes that Defendants' motion is well founded.  Therefore, for the

reasons set forth by Defendants, the Motion to Dismiss is hereby **GRANTED**.[1]

As matters currently stand, Plaintiffs' complaint against the Union Defendants fails to state a cause of action upon which relief can be granted.  Plaintiffs have failed to allege any facts to suggest that the Union participated in, authorized, or ratified any unlawful conduct.  Moreover, Plaintiffs' claims are pre-empted by the National Labor Relations Act and should properly have been presented to the National Labor Relations Board.  Plaintiffs' claims are further dependent, at least in part, upon the application and/or interpretation of the Collective Bargaining Agreement.  Therefore they are pre-empted pursuant to 29 U.S.C. Section 185 (otherwise known as Section 301 of the LMRA).

Lastly, Plaintiffs have failed to state a claim for intentional infliction of emotional distress, for there has been no allegation that the Union Defendants knew Plaintiffs were peculiarly susceptible to emotional distress or that Plaintiffs underwent severe suffering.

---

[1] Inasmuch as the Court concludes the parties have submitted memoranda thoroughly discussing the law and evidence in support of their positions, it further concludes oral argument is neither necessary nor warranted in this matter.  See Mahon v. Credit Bureau of Placer County, Inc., 171 F.3d 1197, 1200 (9th Cir. 1999) (explaining that if the parties provided the district court with complete memoranda of law and evidence in support of their positions, ordinarily oral argument would not be required.)

Therefore, Defendants' Motion to Dismiss at Docket 8 is hereby **GRANTED**.

ENTERED this 24th day of April, 2008.

                            S/RALPH R. BEISTLINE
                            UNITED STATES DISTRICT JUDGE